**IN THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Ohio**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No.06-50067 |
| | } | Chapter 11 |
| KDD Delivery Services, Inc. | } | |
| | } | Judge: Shea-Stonum |
| | } | |
| **Debtor(s).** | } | **MOTION TO VOLUNTARILY DISMISS** |
| | } | |
| | } | |
| | } | |

Debtor, KDD Delivery Services Inc., hereby moves to voluntarily dismiss its Chapter 11 bankruptcy case filed on January 25, 2006. The largest creditor Sky Bank has agreed to a forbearance on its loans to KDD Delivery Services, Inc., pending Court approval of the Motion to Voluntarily Dismiss. Other creditors will not be prejudiced by the dismissal as the forbearance will allow KDD Delivery Service, Inc. to meet its obligations as a debtor to all its creditors.

Respectfully Submitted,

/s/Warner Mendenhall
Warner Mendenhall (0070165)
190 N. Union St., Ste 201
Akron, OH 44304
Phone: (330) 535-9160
FAX: (330) 762-9743
warnermendenhall@hotmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served electronically upon the United States' Trustee and Christopher Niekamp, Attorney for Sky Bank, this 28th day of February, 2006. The following parties were served by regular U.S. Mail:

Capital One
PO Box 410426
Saint Louis MO 63179-0271

GE Productivity Card
POB 410426
Salt Lake City UT 84141-0426

Highland Parkway Corporation
3195 Marda Drive
Cleveland OH 44134

IRS-PA
POB 628
Pittsburgh PA 15230

/s/ Warner Mendenhall
Warner Mendenhall 0070165